

Croslin & Pharr, Lubbock, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for transporting liquor for the purpose of sale with a fine of $100.

We find no final judgment in this case and no notice of appeal. Following the judgment a motion for new trial was filed, but no action was taken thereon. The recognizance entered into, as it appears in the record, is designated as "notice of appeal" but merely states that a notice had been given. We find none in the transcript. Consequently, we are without jurisdiction to consider the matters involved.

The appeal is dismissed.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for robbery. The punishment assessed is confinement in the state penitentiary for a term of 10 years.

The record is before us without a statement of facts of bills of exception. In the absence thereof, no question is presented for review.

The judgment is affirmed.

## CLOWER v. STATE.
### No. 25334.

Court of Criminal Appeals of Texas.

June 6, 1951.

## VALDEZ v. STATE.
### No. 25331.

Court of Criminal Appeals of Texas.

June 6, 1951.

